**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09–2956 PA (FMOx) | Date | August 14, 2009 |
|---|---|---|---|
| Title | Ruth Matudio v. American Home Mortgage Servicing, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**  IN CHAMBERS – COURT ORDER

On June 29, 2009, the Court granted Plaintiff leave to file and serve a First Amended Complaint ("FAC") on or before July 13, 2009.  It appears that Plaintiff has not served the FAC on defendant American Home Mortgage Corporation ("AHMC").  No later than August 28, 2009, Plaintiff is ordered to show cause in writing why her case against AHMC should not be dismissed for failure to prosecute.  In response to this Order, Plaintiff may file a proof of service of the FAC upon AHMC.  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint against AHMC.

IT IS SO ORDERED.